Eli B. Morgan, appellant,

v.

Wilson Ernst et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Ernst* v. *Morgan, 12 Stew. Eq. 391.*

*Messrs. Garrison & French,* for appellant.

The chancellor held that the act in the bill mentioned was unconstitutional in that it was a local and special law within the prohibition of the amended constitution. *Article IV.* § *VII.* ¶. *10.*

The causes in which this question has been considered by the supreme court are: *Van Riper* v. *Parsons (Beasley, C. J.), 11 Vr. 1, 123; Pell* v. *Newark (C. J. and Chancellor), 11 Vr. 71, 553; Rutgers* v. *New Brunswick (Depue, J.), 13 Vr. 51; Richards* v. *Hammer (Beasley, C. J.), 13 Vr. 435; Tiger* v. *Morris Pleas (Van Syckel, J.), 13 Vr. 631; Skinner* v. *Collector (Magie, J.), 13 Vr. 407; Woodruff* v. *Freeholders (Parker, J.), 13 Vr. 533; Worthley* v. *Steen (Van Syckel, J.), 14 Vr. 542; Coutieri* v. *New Brunswick (Beasley, C. J.), 15 Vr. 58; Zeigler* v. *Gaddis (Scudder, J.), 15 Vr. 363; Pavonia* v. *Jersey City (Dixon, J.), 16 Vr. 297; Freeholders* v. *Stevenson (Van Syckel, J.), 17 Vr. 171; Bingham* v. *Gibbs (Magie, J.), 17 Vr. 513.*

1. The classification upon which the legislation in question was based is that sanctioned by the rule thus laid down.

(*a*) Note that the classification was not made for the purposes of this act, but antedated the amended constitution by a couple of years.

(*b*) That other acts of unquestioned constitutionality rest on this identical classification.

2. The legislation in question arises naturally out of the

Morgan *v.* Ernst.

characteristics upon which this classification is based—meeting a need required by this class alone.

*Mr. T. B. Harned,* for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.